670 A.2d 1057

STATE OF NEW JERSEY v. RASHEED MUHAMMAD.

December 7, 1995.

ORDER

This matter having been duly presented to the Court, it is ORDERED that *Rule* 2:12–2 is hereby relaxed and the motion for direct certification of the motion for leave to appeal pending unheard in the Appellate Division is granted; and it is further

ORDERED that leave to appeal is granted.

670 A.2d 1058

ALICE KOZMA, ET AL. v. ZIMMER, INC. AND BAYSHORE COMMUNITY HOSPITAL, ET AL. AND DOMINICK A. SCIALABBA, M.D., ET AL.

December 11, 1995.

ORDER

The parties having stipulated to a dismissal of this matter in respect of Zimmer, Inc., and Maramed Company, and good cause appearing;

It is ORDERED that the within appeal is dismissed.